UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MARVELLE J. BALLENTINE,          )
                                 )
        Plaintiff,               )
                                 )
v.                               )        Civil Action No. 1:26-cv-1341
                                 )
NATIONAL CENTER FOR MISSING &    )
EXPLOITED CHILDREN, *ET AL.*,    )
                                 )
        Defendants.              )

MOTION OF DEFENDANTS
NATIONAL CENTER FOR MISSING AND ENDANGERED CHILDREN
AND KATIE HALL, ESQ. TO DISMISS

Defendants National Center for Missing & Exploited Children and Katie Hall, Esq. [collectively, "NCMEC"], by and through undersigned counsel and pursuant to the Rules and Orders of this Honorable Court, hereby respectfully move to dismiss the Complaint of the *Pro Se* Plaintiff, Mr. Marvelle J. Ballentine, on the grounds that a subpoena response is subject to absolute litigation privilege; because Defendants are entitled to statutory immunity; and because the Complaint does not allege that the allegedly-defamatory statements are not accurate, and those statements cannot be reasonably interpreted to defame Plaintiff by imputation.  Further support is set forth in the contemporaneously-filed Memorandum in Support, which is incorporated herein by reference.

WHEREFORE, for the reasons set forth above, Defendants respectfully move to dismiss Plaintiff's Complaint, with prejudice, and for such additional relief as this Court may deem necessary and appropriate.

Respectfully submitted,

JORDAN COYNE LLP


 /s/ *Padraic K. Keane*
Padraic K. Keane #88876
10201 Fairfax Boulevard, Suite 520
Fairfax, VA 22030
(703) 246-0900
Fax: (703) 591-3673
p.keane@jocs-law.com
*Counsel for Defendants*
*National Center for Missing & Endangered*
*Children and Katie Hall, Esq.*


CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Motion, Memorandum in

Support and all Exhibits thereto, and Proposed Order were electronically filed and served, and

were served via first-class mail, postage prepaid, and electronic mail, upon:

Marvelle J. Ballentine
1520 Belle View Boulevard, Suite 5847
Alexandria, VA 22307
jayballentine@protonmail.com
*Pro Se Plaintiff*


 /s/ *Padraic K. Keane*
Padraic K. Keane