UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| MARVELLE J. BALLENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-1341 |
| | ) | |
| NATIONAL CENTER FOR MISSING & | ) | |
| EXPLOITED CHILDREN, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

UPON CONSIDERATION of Defendants' Motion to Dismiss, any Opposition thereto,

and the entire record herein, it is, this _____ day of _____, 2026,

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that the Complaint be dismissed, with prejudice.

_____
United States District Judge

<u>Copies to:</u>    *Pro Se* Plaintiff and Counsel of Record