IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARVELLE J. BALLENTINE,
                    Plaintiff,

          v.                                              No. 1:26-cv-1341-MSN-WBP

NATIONAL CENTER FOR MISSING AND
EXPLOITED CHILDREN, ET AL,
                    Defendants.

### ORDER

Plaintiff(s) Marvelle J. Ballentine, proceeding *pro se*, is hereby NOTIFIED that Defendants

have filed a Motion to Dismiss that, if granted, could result in the dismissal of Plaintiff's claims.

Plaintiff is ADVISED that Plaintiff is entitled to file an opposition to the motion.  Any

**opposition must be filed within twenty-one (21) days** of the filing date of this Notice.  Plaintiff

is FURTHER ADVISED that the Court could dismiss the Complaint on the basis of the Motion if

Plaintiff does not timely respond.

If Plaintiff files a response, Defendants may file a reply within six (6) days of the filing of

Plaintiff's response.  E.D. Va. Loc. Civ. R. 7(F)(1).  Thereafter, "[n]o further briefs or written

communications may be filed" on this Motion "without first obtaining leave of Court."  *Id.*

The Clerk is directed to mail a copy of this notice to Plaintiff, *pro se*.

                                                        /s/
                                          _____
                                          Hon. Michael S. Nachmanoff
                                          United States District Judge

June 17, 2026
Alexandria, Virginia