

06/17/2026

FILED
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

    *Plaintiff,*

        v.                             Case No. 1:26-cv-01341-MSN-WBP

NATIONAL CENTER FOR MISSING
& EXPLOITED CHILDREN; and
KATIE HALL,

    *Defendants.*

## LOCAL RULE 83.1(N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of Plaintiff's Opposition to Defendants' Motion to Dismiss or the accompanying Declaration of Marvelle J. Ballentine Under Federal Rule of Civil Procedure 56(d).

Executed on: June 17, 2026                        Respectfully submitted,

                                           Marvelle J. Ballentine
                                           Plaintiff, *pro se*
                            1520 Belle View Blvd, Ste. #5847
                                      Alexandria, Virginia 22307
                                              (407) 794-6503
                                jayballentine@protonmail.com