UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MARVELLE J. BALLENTINE,   )
           )
  Plaintiff,     )
           )
v.          )  Civil Action No. 1:26-cv-1341
           )
NATIONAL CENTER FOR MISSING & )
EXPLOITED CHILDREN, *ET AL.*,  )
           )
  Defendants.    )

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendants, National Center for Missing & Exploited Children and Katie Hall, by counsel, will present argument on its previously filed Motion to Dismiss to the court on Friday, August 7, 2026, at 10:00a.m. It is estimated that the hearing will require 30 minutes.

Dated: July 15, 2026    Respectfully submitted,

          */s/ Padraic K. Keane*
          Padraic K. Keane, VSB# 88876
          Jordan Coyne LLP
          10201 Fairfax Blvd. Suite 520
          Fairfax, Virginia  22030
          Telephone: (703) 246-0900
          Facsimile: (703) 591-3673
          Email: p.keane@jocs-law.com
          *Counsel for Defendants*
          *National Center for Missing &*
          *Exploited Children*
          *and Katie Hall*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, a true and correct copy of the foregoing Notice of

Hearing was served via U.S Mail and Email upon all counsel of record.

*/s/ Padraic K. Keane*
Padraic K. Keane