UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MARVELLE J. BALLENTINE,                    )
                                           )
          Plaintiff,                       )
                                           )
v.                                         )          Civil Action No. 1:26-cv-1341
                                           )
NATIONAL CENTER FOR MISSING &              )
EXPLOITED CHILDREN, *ET AL.*,              )
                                           )
          Defendants.                      )

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendants, National Center for Missing & Exploited Children and Katie Hall, by counsel, will present argument on its previously filed Motion to Stay Pre-Answer Discovery and Rule 26 Obligations to the court on Friday, August 14, 2026, at 10:00a.m.  It is estimated that the hearing will require 30 minutes.

Dated: July 15, 2026                       Respectfully submitted,

                                           */s/ Padraic K. Keane*
                                           Padraic K. Keane, VSB# 88876
                                           Jordan Coyne LLP
                                           10201 Fairfax Blvd. Suite 520
                                           Fairfax, Virginia  22030
                                           Telephone: (703) 246-0900
                                           Facsimile: (703) 591-3673
                                           Email: p.keane@jocs-law.com
                                           *Counsel for Defendants*
                                           *National Center for Missing &*
                                           *Exploited Children*
                                           *and Katie Hall*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, a true and correct copy of the foregoing Notice of

Hearing was served via U.S Mail and Email upon all counsel of record.

*/s/ Padraic K. Keane*
Padraic K. Keane