IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARVELLE J. BALLENTINE,
          Plaintiff,

     v.

NATIONAL CENTER FOR MISSING AND
EXPLOITED CHILDREN, ET AL,
          Defendants.

No. 1:26-cv-1341-MSN-WBP

## ORDER

This matter comes before the Court on Defendants' Motion to Stay Discovery. ECF 11.

Upon consideration of the Motion (ECF 11), it is hereby

ORDERED that the Motion (ECF 11) is granted. Discovery in this matter is stayed pending

resolution of Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

The Clerk of Court is directed to forward a copy of this Order to counsel of record and

Plaintiff *pro se*.

                          /s/

                 Michael S. Nachmanoff
                 United States District Judge

                 Hon. Michael S. Nachmanoff
                 United States District Judge

July ___, 2026
Alexandria, Virginia