UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MARVELLE J. BALLENTINE,              )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        Civil Action No. 1:26-cv-1341
                                     )
NATIONAL CENTER FOR MISSING &        )
EXPLOITED CHILDREN, *ET AL.*,        )
                                     )
        Defendants.                  )

RESPONSE OF DEFENDANTS KATIE HALL
AND NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN
TO PLAINTIFF'S "NOTICE OF WAIVER OF ORAL ARGUMENT
AND REQUEST TO VACATE AUGUST 14, 2026 HEARING"

Defendants Katie Hall and National Center for Missing and Exploited Children

(collectively, "NCMEC"), by and through undersigned counsel and pursuant to the Rules and

Orders of this Honorable Court, hereby respectfully submit the following Response to Plaintiff's

"Notice of Waiver of Oral Argument and Request to Vacate August 14, 2026 Hearing." [Doc. 14]

Given that the submission requests action by the Court, NCMEC refers to the submission as a

Motion.

As a threshold matter, the docket reflects that the hearing on the Motion to Dismiss is set

for August 7, 2026, before the Honorable Judge Michael S. Nachmanoff.  The hearing set for

August 14, 2026, also set before Judge Nachmanoff, relates to NCMEC's Motion to Stay

Discovery.  Shortly before this Response was filed, the Court entered an order granting that

Motion, and as such, no hearing is required on the Motion to Stay.  *See* Order of 7/17/26 [Doc.

15]  As NCMEC understands it, Plaintiff has requested that the hearing be vacated on the

grounds that appearing for the hearing would require Plaintiff to travel to Virginia from his home

state of Florida, causing him to forego income-producing work, and because Plaintiff believes that the Motion to Dismiss has been fully briefed and can be resolved on the papers.[1]

While NCMEC notes that Plaintiff chose to bring this lawsuit *pro se* in the Eastern District of Virginia, and in so doing, has created litigation in which he should reasonably anticipate he will be required to attend court proceedings.  While NCMEC would prefer to have a hearing on the Motion to Dismiss, NCMEC defers to the Court as to whether a hearing is necessary or of assistance in resolving the Motion to Dismiss.  NCMEC respectfully submits that should this litigation continue past the dispositive motions phase, NCMEC may have a different view as to future motions for which oral argument may be helpful or desired by NCMEC, and does not intend to waive any entitlement to or preference for oral argument in the future, if necessary.

Respectfully submitted,

JORDAN COYNE LLP


 /s/ *Padraic K. Keane*
Padraic K. Keane #88876
10201 Fairfax Boulevard, Suite 520
Fairfax, VA 22030
(703) 246-0900
Fax: (703) 591-3673
p.keane@jocs-law.com
*Counsel for Defendants*
*National Center for Missing & Endangered*
*Children and Katie Hall, Esq.*

---

[1] Plaintiff indicates in his Civil Cover Sheet that he is a resident of Lake County, Florida, and describes himself in the Complaint as being a Florida resident, but lists his address in the caption of the Complaint as being "1520 Belle View Boulevard, #5847" in Alexandria, Virginia.  That address appears to be a Parcel Plus® location, and not a residential address.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of July, 2026, true and correct copies of the

foregoing Response was electronically filed and served via first-class mail, postage prepaid, and

electronic mail, upon:

> Marvelle J. Ballentine
> 1520 Belle View Boulevard, Suite 5847
> Alexandria, VA 22307
> jayballentine@protonmail.com
> *Pro Se Plaintiff*

>   /s/ *Padraic K. Keane*
> Padraic K. Keane

3