FILED
07/26/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

      *Plaintiff,*

        v.                             Case No. 1:26-cv-01341-MSN-WBP

NATIONAL CENTER FOR MISSING
& EXPLOITED CHILDREN; and
KATIE HALL, individually,

      *Defendants.*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**

**FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

Plaintiff Marvelle J. Ballentine, proceeding pro se, respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d), for leave to file the First Amended and Supplemental Complaint attached to this Motion as Exhibit 1, and states as follows:

1.     Plaintiff commenced this action on May 19, 2026, asserting claims against Defendants National Center for Missing & Exploited Children ("NCMEC") and Katie Hall arising from two letters issued on April 22, 2026.

2.     On June 16, 2026, Defendants jointly moved to dismiss the Complaint (ECF No. 5). Briefing on that motion is complete. No hearing has been held, no scheduling order has been entered, no answer has been filed, and no discovery has been served by any party.

3.  On July 15, 2026, Defendants jointly moved to stay pre-answer discovery and Rule 26 obligations (ECF No. 11).

4.  The proposed First Amended and Supplemental Complaint (a) amends the pleading under Rule 15(a)(2) to join Meta Platforms, Inc. and John/Jane Does 1–6 as defendants, to restate the defamation claims as separate counts keyed to each of the two April 22, 2026 letters, to add a claim under the first clause of 42 U.S.C. § 1985(2), and to add a claim for intentional infliction of emotional distress against Defendant Hall; and (b) supplements the pleading under Rule 15(d) to allege transactions, occurrences, and events that happened after the date of the original Complaint, including statements contained in Defendants' filings of June 16, 2026 (ECF No. 5) and July 15, 2026 (ECF No. 11).

5.  This is Plaintiff's first request for leave to amend or supplement. The period for amendment as a matter of course under Rule 15(a)(1)(B) expired twenty-one days after service of Defendants' Rule 12(b) motion.

6.  Leave should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). The grounds for this Motion are set forth in the accompanying Memorandum in Support, filed pursuant to Local Civil Rule 7(F)(1).

**CERTIFICATION OF CONFERRAL**

7.  On July 20, 2026, Plaintiff transmitted to counsel of record for Defendants a written request for Defendants' consent to the filing of the First Amended and Supplemental Complaint pursuant to Rule 15(a)(2).

8.  Counsel for Defendants stated "my clients do not consent to the motion for leave to file an amended complaint, on the grounds that amendment would be futile. I anticipate my clients will file an opposition to such a motion, once filed."

**REQUEST FOR DETERMINATION WITHOUT ORAL ARGUMENT**

9.      Plaintiff respectfully submits that this Motion may be determined on the papers without oral argument, and, pursuant to Local Civil Rule 7(J), requests that the Court decide the Motion without a hearing.

**RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that this Court enter an order:

A.      Granting Plaintiff leave under Federal Rules of Civil Procedure 15(a)(2) and 15(d) to file the First Amended and Supplemental Complaint attached as Exhibit 1;

B.      Directing the Clerk to docket Exhibit 1 as the operative First Amended and Supplemental Complaint as of the date of the Court's order;

C.      Denying the pending motion to dismiss (ECF No. 5) as moot, without prejudice to any Rule 12 motion directed at the operative pleading.

Date: July 26, 2026                                                                       Respectfully submitted,

                                                                                      Marvelle J. Ballentine
                                                                                      Plaintiff, *pro se*
                                                                          1520 Belle View Blvd, Ste. #5847
                                                                              Alexandria, Virginia 22307
                                                                                          (407) 794-6503
                                                                          jayballentine@protonmail.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2026, this Motion, the accompanying Memorandum in Support, the proposed First Amended and Supplemental Complaint (Exhibit 1), and the Local Civil Rule 83.1(N) Certification were submitted to the Clerk of Court through the Court's Electronic Document Submission System (EDSS) for filing. Upon docketing by the Clerk, a Notice of Electronic Filing will be transmitted through the CM/ECF system to all counsel of record, including Padraic Keane, Jordan Coyne LLP, counsel for Defendants NCMEC and Katie Hall, which constitutes service under Federal Rule of Civil Procedure 5(b)(2)(E) and Local Civil Rule 7.

Date: July 26, 2026

Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, *pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

4