**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

    *Plaintiff,*

    v.                                       Case No. 1:26-cv-01341-MSN-WBP

KATIE HALL, individually;
META PLATFORMS, INC.;
and JOHN/JANE DOES 1–6,

    *Defendants.*

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.1(N)

Pursuant to Local Civil Rule 83.1(N)(2), I declare under penalty of perjury that: (1) No attorney has prepared, or assisted in the preparation of this document or of any other document filed herewith.

Date: July 26, 2026                                     Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, *pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com