7/29/2026

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MARVELLE J. BALLENTINE,

   *Plaintiff,*

    v.             Case No. 1:26-cv-01341-MSN-WBP

NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN,
and KATIE HALL,

   *Defendants.*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Marvelle J. Ballentine gives notice that no Defendant has served an answer or a motion for summary judgment in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice. This dismissal is unconditional, is without prejudice, and is effective upon filing. No order of the Court is required.

For purposes of the record only, Plaintiff states the following. Defendants declined to consent to Plaintiff's proposed amended and supplemental complaint, declined submission of Plaintiff's motion for leave to amend without oral argument, and represented that September 11, 2026 was the earliest available hearing date. Plaintiff has elected to commence a new action asserting the expanded claims and parties reflected in the proposed pleading rather than await that hearing. This paragraph is not a condition upon the dismissal and requests no ruling from the Court.

Date: July 30, 2026                                          Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
1520 Belle View Blvd, Ste. #5847
Alexandria, Virginia 22307
(407) 794-6503
jayballentine@protonmail.com

## CERTIFICATE OF SERVICE

I certify that on July 30, 2026, I submitted the foregoing Notice to the Clerk of Court through the Court's Electronic Document Submission System for docketing, and that service on all counsel of record will be effected through the Notice of Electronic Filing generated by the Court's CM/ECF system pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Marvelle J. Ballentine